IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW MOUNT OLIVE CHURCH OF GOD IN CHRIST | ) ) | Judge Jack Schmetterer |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 08-18742 |

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class III claim against the Debtor in the unpaid amount of

$ _619,567.90._

[Check One Box Only]

[ X ] ACCEPTS THE PLAN            [   ] REJECTS THE PLAN

DATED: _6/15/09_        Print or type name: _First Midwest Bank_
                        Signed: _[signature]_
                        Title: _Attorney/Agent_
                        Address: _One Pierce Place - Suite 1500_
                                 _Itasca, IL 60143_

**RETURN THIS BALLOT TO:**
Clerk of the United States Bankruptcy Court
Dirksen Building - Closing Department
219 South Dearborn St.
Chicago, IL 60604

Forrest L. Ingram, P.C.
79 West Monroe Street
Suite 900
Chicago, IL 60603