## U.S. Trustee Basic Monthly Operating Report

Case Name: **New Mount Olive Church**
Date Filed: **7/21/2008**
Case Number: **08-18742**
NAICS Code: _____
Month (or portion) covered by this report: **11/2009**

Note, the NAICS Code may be found at http://www.census.gov/epcd/naics02/naico502.htm

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_[signature]_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

DATE REPORT SIGNED: **6/16/9**

Angela Davis
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

### QUESTIONNAIRE:

| # | Question | YES | NO |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | X | |
| 2. | DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | X |
| 3. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | X |
| 4. | DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | X |
| 5. | DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | X | |
| 6. | DID YOU PAY YOUR EMPLOYEES ON TIME? | X | |
| 7. | HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? N/A | | |
| 8. | DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | X | |
| 9. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | X |
| 10. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | X |
| 11. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | X |
| 12. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | X |

| # | Question | Yes | No |
|---|---|---|---|
| 13. | DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | X | |
| 14. | DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | X |
| 15. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X | |

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

TOTAL RECEIVABLES    0.00

(Exhibit E)

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    0

## PROFESSIONAL FEES

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD?    0

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE?    0

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD?    TBD

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE?    TBD

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY DURING THIS REPORTING PERIOD?    TBD

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY SINCE THE FILING OF THE CASE?    TBD

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

PROJECTED INCOME FOR THE MONTH:    5,000 00

ACTUAL INCOME FOR THE MONTH (EXHIBIT B):    3,249 00

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME:    1751 00

16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST?    ☒  ☐

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐  ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

(Exhibit A)

INCOME    3249 —

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

TOTAL INCOME

(Exhibit B)

EXPENSES    4249 —

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

TOTAL EXPENSES

(Exhibit C)

### CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)

(Subtract The Total from Exhibit C from the Total of Exhibit B)
CASH PROFIT FOR THE MONTH

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

TOTAL PAYABLES

(Exhibit D)

PROJECTED EXPENSES FOR THE MONTH: 4,000⁰⁰    4249—

TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES:    1000—

PROJECTED CASH PROFIT FOR THE MONTH:    0.00

ACTUAL CASH PROFIT FOR THE MONTH
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C)    0

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT:

[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]

EXHIBIT "G"

## Itemized Categories
### 5/1/2009 Through 5/31/2009

6/17/2009                                                                                                                                                      Page 1

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| **EXPENSES** | | | | | | |
| **Uncategorized** | | | | | | |
| 5/4/2009 | Checking 3 | 1916 | Void | | | 0.00 |
| 5/12/2009 | Checking 3 | 1915 | Void | | | 0.00 |
| 5/12/2009 | Checking 3 | 1919 | Void | | | 0.00 |
| **TOTAL Uncategorized** | | | | | | 0.00 |
| **Bank Loan** | | | | | | |
| 5/30/2009 | Checking 3 | 90 | First Midw... | | | -3,000.00 |
| **TOTAL Bank Loan** | | | | | | -3,000.00 |
| **Church services** | | | | | | |
| 5/12/2009 | Checking 3 | 1917 | U.S. Trust... | | | -650.00 |
| 5/14/2009 | Checking 3 | 1918 | U.S. Trust... | | | -325.00 |
| **TOTAL Church services** | | | | | | -975.00 |
| **Gifts Given** | | | | | | |
| 5/16/2009 | Checking 3 | 1920 | Bettye Car... | | | -38.00 |
| 5/18/2009 | Checking 3 | | | | | 40.00 |
| 5/18/2009 | Checking 3 | | | | | 265.00 |
| 5/25/2009 | Checking 3 | | | | | 2,382.00 |
| 5/30/2009 | Checking 3 | | | | | 600.00 |
| **TOTAL Gifts Given** | | | | | | 3,249.00 |
| **Utilities** | | | | | | |
| **Telephone** | | | | | | |
| 5/18/2009 | Checking 3 | 1861 | At And T | | | -274.80 |
| **TOTAL Telephone** | | | | | | -274.80 |
| **TOTAL Utilities** | | | | | | -274.80 |
| **TOTAL EXPENSES** | | | | | | -1,000.80 |
| | | | | | **OVERALL TOTAL** | -1,000.80 |