FREE BUSINESS CHECKING 102246716    GREAT LAKES BANK    6/17/2009 8:58:27 AM
Printed by: PHYLLIS DRAKE    Reporting Institution: 8

### Demand Deposit 102246716 - NEW MT OLIVE C O G I C - D I P

| | Rel | Birthdate | Phone | Tax Identification |
|---|---|---|---|---|
| [01] NEW MT OLIVE C O G I C - D I P | * | | *********** | *********** |
| [02] DEACONS BOARD DEPARTMENT | * | | *********** | |

220 MONEE RD
PARK FOREST IL 60466

Additional Relationships
Tax Name: [1] NEW MT OLIVE C O G I C - D I P

### Presentments
No Presentments for Account

### Current & Previous Cycle

| Description | Debits | Credits | Date | Balance |
|---|---|---|---|---|
| Balance Forward: | | | Apr 30, 2009 | ($29.54) |
| Check #1912 | $40.00 | | May 01, 2009 | ($69.54) |
| DAILY OVERDRAFT FEE | $7.50 | | May 01, 2009 | ($77.04) |
| RETURNED CHECK# 1912, NSF | | $40.00 | May 04, 2009 | ($37.04) |
| NSF CHARGE | $32.00 | | May 04, 2009 | ($69.04) |
| Check #1914 | $872.25 | | May 04, 2009 | ($941.29) |
| DAILY OVERDRAFT FEE | $7.50 | | May 04, 2009 | ($948.79) |
| RETURNED CHECK# 1914, NSF | | $872.25 | May 05, 2009 | ($76.54) |
| NSF CHARGE | $32.00 | | May 05, 2009 | ($108.54) |
| Check #1913 | $325.00 | | May 05, 2009 | ($433.54) |
| DAILY OVERDRAFT FEE | $7.50 | | May 05, 2009 | ($441.04) |
| RETURNED CHECK# 1913, NSF | | $325.00 | May 06, 2009 | ($116.04) |
| NSF CHARGE | $32.00 | | May 06, 2009 | ($148.04) |
| DAILY OVERDRAFT FEE | $7.50 | | May 06, 2009 | ($155.54) |
| Check #1916 | $3,000.00 | | May 07, 2009 | ($3,155.54) |
| DAILY OVERDRAFT FEE | $7.50 | | May 07, 2009 | ($3,163.04) |
| RETURNED CHECK# 1916, NSF | | $3,000.00 | May 08, 2009 | ($163.04) |
| NSF CHARGE | $32.00 | | May 08, 2009 | ($195.04) |
| Check #1914 | $872.25 | | May 08, 2009 | ($1,067.29) |
| Check #1913 | $325.00 | | May 08, 2009 | ($1,392.29) |
| DAILY OVERDRAFT FEE | $7.50 | | May 08, 2009 | ($1,399.79) |
| Deposit | | $3,566.25 | May 11, 2009 | $2,166.46 |
| REFUNDED OVERDRAFT CHARGE | | $7.50 | May 11, 2009 | $2,173.96 |
| REFUNDED NSF FEE | | $128.00 | May 11, 2009 | $2,301.96 |
| RETURNED CHECK# 1913, NSF | | $325.00 | May 11, 2009 | $2,626.96 |
| RETURNED CHECK# 1914, NSF | | $872.25 | May 11, 2009 | $3,499.21 |
| TRANSFER TO CHECKING 1140000842 | $425.00 | | May 11, 2009 | $3,074.21 |
| NSF CHARGE | $64.00 | | May 11, 2009 | $3,010.21 |
| Check #1916 | $3,000.00 | | May 13, 2009 | $10.21 |
| Check #1918 | $650.00 | | May 18, 2009 | ($639.79) |
| Deposit | | $40.00 | May 19, 2009 | ($599.79) |
| Deposit | | $265.00 | May 19, 2009 | ($334.79) |
| RETURNED CHECK# 1918, NSF | | $650.00 | May 19, 2009 | $315.21 |

| | | | | |
|---|---|---|---|---|
| FREE BUSINESS CHECKING 102246716 | GREAT LAKES BANK | | 6/17/2009 8:58:27 AM | |
| Printed by: PHYLLIS DRAKE | | | Reporting Institution: 8 | |
| Description | Debits | Credits | Date | Balance |
| NSF CHARGE | $32.00 | | May 19, 2009 | $283.21 |
| Check #1920 | $38.00 | | May 19, 2009 | $245.21 |
| Check #1861 | $274.80 | | May 20, 2009 | ($29.59) |
| RETURNED CHECK# 1861, NSF | | $274.80 | May 21, 2009 | $245.21 |
| NSF CHARGE | $32.00 | | May 21, 2009 | $213.21 |
| Check #1918 | $650.00 | | May 21, 2009 | ($436.79) |
| RETURNED CHECK# 1918, NSF | | $650.00 | May 22, 2009 | $213.21 |
| NSF CHARGE | $32.00 | | May 22, 2009 | $181.21 |
| GREAT LAKES BK CHK CHARGE | $26.40 | | May 27, 2009 | $154.81 |
| ****Statement Produced**** | | | May 29, 2009 | $154.81 |
| Deposit | | $317.00 | Jun 16, 2009 | $471.81 |
| Check #1864 | $151.37 | | Jun 16, 2009 | $320.44 |
| Balance This Statement: | | | Jun 16, 2009 | $320.44 |