IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW MOUNT OLIVE CHURCH | ) | Case No. 08-18742 |
| OF GOD IN CHRIST | ) | |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Jack Schmetterer |
| | ) | |
| | ) | Hearing: July 14, 2009 at 1:30 p.m. |

**ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION**

THIS CAUSE coming on to be heard at the hearing on confirmation of the Debtor's Second Amended Plan of Reorganization dated May 13, 2009 (the "Plan"), copies of the Plan and Disclosure Statement having been transmitted to creditors and parties in interest; and the Court having determined after notice and a hearing that the Plan satisfies the requirements for confirmation set forth in 11 U.S.C. § 1129,

IT IS HEREBY ORDERED as follows:

1. The Plan is hereby confirmed, *and the Disclosure Statement is Approved*

2. A post-confirmation status conference on the Plan is set for *Sept 14*, 2009, at *11:00 AM*.

Dated: 7/14/09

BY THE COURT:

The Honorable Jack Schmetterer
United States Bankruptcy Judge

JUL 14 2009

This order was prepared
By Forrest L. Ingram, P.C.