UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
New Mount Olive Church )    Bankruptcy Case No. 08 B 18742
of God in Christ )    Chapter 11
)    Judge Jack B. Schmetterer
Debtor )

### ORDER AND NOTICE OF PLAN CONFIRMATION

TO THE DEBTOR, ITS CREDITORS AND OTHER PARTIES IN INTEREST:

Pursuant to Rule 2002(f)(7) Fed.R.Bankr.P., Debtor(s) is/are to serve copies of this Order and Notice upon all creditors and the notice list and file proof of such service.

YOU ARE HEREBY NOTIFIED that an order confirming the Plan of Reorganization ("Order") was entered on the 14th day of July, 2009, in the above entitled Chapter 11 proceeding.

IT IS ORDERED AND YOU ARE FURTHER NOTIFIED that there will be a hearing at which Debtor is hereby ordered, pursuant to Title 11 U.S.C. § 1106(a)(7), to file a written report of status of all initial payments required and made for each class treated under the Plan, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 on Sept 14, 2009 at the hour of 11:00 A.M. That hearing may be continued from time to time without further notice other than the announcement in open court of the continued date.

ENTERED:

Jack B. Schmetterer
United States Bankruptcy Judge
JUL 14 2009

Dated: 7/14/09
G:\FORMS\OrderNotice-PlanConfirmation.wpd