UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Eugene R. Wedoff

Hearing Date: 10/8/09

Bankruptcy Case No.: 09-10101

Adversary No.:

Title of Case: ~~Objection to Claim~~ Ebro Foods, Inc.

Brief Statement of Motion: Objection to Claim #22

Names and Addresses of moving counsel: Forrest L. Ingram, P.C.
79 W. Monroe, #900
Chicago, IL 60603

Representing: Debtor

## ORDER

Objection withdrawn (to Claim #22)

*[signed] Eugene R. Wedoff*

6/11/99