## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| EBRO FOODS, INC. ) | Judge Eugene R. Wedoff |
| ) | |
| Debtor and Debtor in Possession. ) | Case No. 09-10101 |
| ) | |
| ) | Hearing: November 4, 2009 at 9:30 a.m. |

### NOTICE OF HEARING ON SECOND APPLICATION FOR INTERIM COMPENSATION FOR PROFESSIONAL SERVICES AND FOR REIMBURSEMENT OF EXPENSES OF FORREST L. INGRAM, P.C.

To the Debtor, its creditors, and other parties in interest:

Forrest L. Ingram P.C. ("Applicant"), duly appointed attorney for Debtor and Debtor in Possession has filed its Second Application for Interim Compensation for Professional Services and for Reimbursement of Expenses of Forrest L. Ingram, P.C. ("Second Application") with the Clerk of the United States Bankruptcy Court, Northern District, Eastern Division. The hearing is set before the Honorable Eugene R. Wedoff in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, on November 4, 2009 at 9:30 a.m., at which time you may appear and be heard. Notice is hereby given that:

1. For the period of July 1, 2009 through September 30, 2009, the Applicant seeks fees for professional services in the amount of **$32,917.00** and reimbursement of expenses in the amount of **$51.78**.

2. Requests for copies of the Second Application shall be made to: Forrest L. Ingram, Forrest L. Ingram, P.C., 79 W. Monroe, Suite 900, Chicago, Illinois 60603.

3. Written objections to the First Application should be filed with the Bankruptcy Court and served on Debtor's counsel no later than October 25, 2009.

A copy of this Notice is being served by regular mail on October 14, 2009 upon those parties appearing on the service list attached to the original copy hereof filed with the Court.

/s/ Forrest L. Ingram
Forrest L. Ingram

Forrest L. Ingram # 3129032
Helena Milman, Esq.
Patrick Lambe, Esq.
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838