## U. S. TRUSTEE QUARTERLY FEE STATEMENT
### Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: **EBRO FOODS INC**   CASE NO.: **09-10101**

FOR CALENDAR QUARTER ENDING **SEPTEMBER, 30, 2009**

### DISBURSEMENTS*

1. | MONTH | DISBURSEMENTS |
|---|---|
| JULY 09 | $ 287251.81 |
| AUGUST 09 | $ 228811.79 |
| SEPTEMBER 09 | $ 234022.87 |
| **TOTAL DISBURSEMENTS FOR QUARTER** | $ 750086.47 |

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. §1930(A)(6)   $ 4875.00

3. QUARTERLY FEE PAID (Attach proof of payment)   $ 4875.00

4. AMOUNT OF UNPAID FEES (IF ANY)   $ 0

I, **Silvio Vega** acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: **10/13/09**

For the Debtor In Possession (Trustee) (Plan administrator)

(Print or type name and capacity of person signing this Declaration).   **Silvio Vega**
*/s/ Vega*

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

Office of the U. S. Trustee
219 S. Dearborn St.
Suite 873
Chicago, IL 60604

312-886-5785

#01041

Page 1 of 1

Account No.: 521-09-10101
Process Date: 10/05/09

****************3-DIGIT 606

EBRO FOODS INC
1330 W 43RD STREET
CHICAGO, IL 60609-3308

UNITED STATES
DEPARTMENT OF JUSTICE
U.S. TRUSTEE PROGRAM

See Instructions
On Reverse Side

## Chapter 11 Quarterly Fees Statement

| Date | Description | Amount |
|---|---|---|
| 07/08/09 | Balance Forward | 4,875.00 |
| 07/22/09 | Payment - From Undistributed Credits | 4,875.00- |
| 10/05/09 | Quarter 3, 2009 Fee Due (Disbursements = $774,141.) (6) | 4,875.00 |
| | Estimated Balance Due Based On Disbursement Record | 4,875.00 |

Fee estimated based on available disbursements data.

EBRO FOODS INC.                                                                                                          80036

Check #:

Vendor ID: 01041          Vendor Name: U.S. TRUSTEE

| Invoice No. | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| #09-10101/9-30-09 | 10/05/09 | 4875.00 | 4875.00 | 0.00 | 0.00 | 4875.00 |
| | | | | | Net Check Amt | 4875.00 |

ACCT# 5210910101                                                                                               80036

EBRO FOODS INC.                           SHOREBANK
(DEBTOR IN POSSESSION)                    CHICAGO, ILLINOIS 60649
1300 W 43RD ST
CHICAGO, IL 60609                         2-422-710

************ Four Thousand Eight Hundred Seventy Five & 00/100 Dollars

                                          DATE              AMOUNT
                                          10/15/09          *****4,875.00

PAY TO THE ORDER OF

U.S. TRUSTEE                                          TWO SIGNATURES REQUIRED
PAYMENT CENTER
P.O. BOX 70937
CHARLOTTE, NC 28272-0937
                                                      AUTHORIZED SIGNATURE

⑈080036⑈ ⑇071004226⑇ ⑈3100046874⑈