**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW MOUNT OLIVE CHURCH | ) | Case No. 08-18742 |
| OF GOD IN CHRIST | ) | |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Jack Schmetterer |
| | ) | |
| | ) | Hearing: October 8, 2009 at 10:00 a.m. |

**AMENDED NOTICE OF MOTION**

To: See attached service list

PLEASE TAKE NOTICE that on October 8, 2009 at 10:00 a.m., I shall appear before the Honorable Judge Jack Schmetterer, or any other Judge sitting in his stead, Courtroom 682, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall then and there present the APPLICATION FOR ENTRY OF A FINAL ORDER AND DECREE CLOSING CHAPTER 11 CASE, a copy of which is enclosed and is herewith served upon you, at which time and place you may appear and be heard.

/s/ Forrest L. Ingram_____
One of Debtor's attorneys

Forrest L. Ingram #3129032
Peter L. Berk  #6274567
Patrick F. Lambe
Helena Milman
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603-4907
(312) 759-2858

**CERTIFICATE OF SERVICE**

    I, Helena Milman, certify that I caused a true and correct copy of the above and foregoing Notice and the document, to which it refers, on all parties entitled to service, by electronic filing through ECF and by facsimile, as set forth on the attached service list, on September 9, 2009.

/s/ Helena Milman

## SERVICE LIST

**By ECF Notice:**

*Trustee*
William T. Neary
Office of the U.S. Trustee, Region 11
219 S. Dearborn, 8th Floor
Chicago, IL 60602

**By U.S. Mail**

Com Ed
System Credit/Bankruptcy Department
2100 Swift Drive
Oak Brook, IL 60523

First Midwest Bank
c/o Scott H. Kenig
Randall & Kenig, LLP
455 N Citifront Plaza Dr., Ste 2510
Chicago, IL 60611

Great Lakes Bank
2034 Ridge Road
Homewood, IL 60430

Nicor Gas
Attention: Bankruptcy & Collections
P.O. Box 549
Aurora, IL 60507

Quality Alarm
Steve Derkacy
5532 W. Cal-Sag Road
Alsip, IL 60803

Angie S. Lee
16335 S. Harlem Ave., Ste 415
Tinley Park, IL 60477

*Debtor*
New Mount Olive Church
Of God in Christ
220 Monee Road
Park Forest, IL 60466
Attn:  Angela Davis