IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW MOUNT OLIVE CHURCH | ) | Case No. 08-18742 |
| OF GOD IN CHRIST | ) | |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Jack Schmetterer |
| | ) | |
| | ) | Hearing: 9/14/2009 at 11:00 a.m. |

## ORDER GRANTING FINAL APPLICATION OF FORREST L. INGRAM, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND COSTS

THIS MATTER came to be heard on the First Interim Application of FORREST L. INGRAM, P.C. for Allowance and Payment of Compensation and Costs. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. FORREST L. INGRAM, P.C. is awarded **$5,389.00** of the professional compensation requested for the time period beginning April 1, 2009 through July 31, 2009.

2. Debtor is authorized and directed to pay FORREST L. INGRAM, P.C., from its operational funds, the total net aggregate sum of **$5,389.00** for compensation for services.

Dated:

BY THE COURT:

The Honorable Jack Schmetterer
United States Bankruptcy Judge

SEP 14 2009

This order was prepared
By Forrest L. Ingram, P.C.