## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW MOUNT OLIVE CHURCH | ) | Case No. 08-18742 |
| OF GOD IN CHRIST | ) | |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Jack Schmetterer |
| | ) | Hearing: 9/29/09 at 10:00 a.m. |

### FINAL DECREE

Whereas, the Debtor, New Mount Olive Church of God in Christ, filed a voluntary petition under Title 11, Chapter 11, in the United States Bankruptcy Court for the Northern District of Illinois on July 21, 2008;

Whereas, a Plan of Reorganization (the "Plan") was confirmed by an Order of this Court on July 14, 2009;

Whereas, the Debtor has commenced distribution under the Plan;

Whereas, no adversary proceedings have been filed in this case;

Whereas, the Debtor has remained in control of its property and continued to operate its business pursuant to the Plan;

Whereas, the Debtor is current in the payment of all fees to the United States Trustee;

Whereas, the Plan has therefore been substantially consummated;

Whereas, Federal Rule of Bankruptcy Procedure 3022 provides for the entry of a final decree;

IT IS ORDERED:

1) [The Debtor is discharged of all issues provided for in the Plan.] *(struck through)*

2) A Final Decree is hereby entered; and Clerk is directed to close the case

3) The ~~case is closed~~.

4) Court reserves jurisdiction to re-open to enforce Plan on notice and notice for good cause shown

Dated: 9/29/09

BY THE COURT

*/s/ Jack Schmetterer*

The Honorable Jack Schmetterer
Bankruptcy Judge    SEP 29 2009

This order was prepared by FORREST L. INGRAM, P.C.